KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7158
Facsimile: (415) 436-7234
Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>DUKE DESHAWN WOODS,<br>Defendant. | No.: CR 05-00547 PJH<br><br>PARTIES' STIPULATION AND ~~PROPOSED~~ ORDER EXCLUDING TIME |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties initially appeared in United States District Court on the instant matter on September 7, 2005. The matter was continued until October 5, 2005, for status.

2. The government indicated that discovery was not completed and was ongoing. There was a request that time be excluded based upon effective preparation of counsel.

3. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.

These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

4. For the reasons stated, the time period from September 7, 2005 through October 5, 2005, shall be excluded from the calculation of time under the Speedy Trial Act.

SO STIPULATED.

DATED: 9/13/05

Respectfully Submitted,

/s/
SUSAN R. JERICH
Assistant United States Attorney

DATED: 9/20/05

/s/
RONALD TYLER
Counsel for Defendant Duke Deshawn Woods

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/5/05

HON. PHYLLIS J. HAMILTON
United States District Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Parties' Stipulation and Proposed Order in the case of United States v. Duke Deshawn Woods, No. CR 05-00547 PJH, was served today as follows:

Via Hand Delivery
Ronald Tyler
Federal Public Defender's Office
450 Golden Gate Avenue
San Francisco, CA 94102

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 9/13/05 at San Francisco, California.

/s/
Rawaty Yim
United States Attorney's Office