1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  SUSAN R. JERICH (CSBN 188462)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7158
7      Facsimile: (415) 436-7234
       Email: susan.jerich@usdoj.gov
8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No.: CR 05 00547 PJH
                                     )
14       Plaintiff,                  )   PARTIES' STIPULATION AND
                                     )   ~~PROPOSED~~ ORDER EXCLUDING
15       v.                          )   TIME UNDER SPEEDY TRIAL ACT
                                     )
16  DUKE DESHAWN WOODS,              )
                                     )
17       Defendant.                  )
    _____ )
18

19  The parties stipulate and agree, and the Court finds and holds, as follows:

20      1. The parties last appeared before this Court on October 19, 2005 for case status.

21  At that time, counsel for the defendant indicated that there were some items of discovery that he

22  had not received. Counsel also indicated that he was having difficulty reviewing visual media

23  that had been discovered to the defendant.

24      2. The matter was continued until November 2, 2005 at 2:30 p.m. Time was excluded by the

25  Court for effective preparation of counsel.

26      3. Government counsel was informed that the case agent obtained this additional discovery

27  on November 1, 2005. The discovery will be provided to counsel for the defendant immediately.

28      4. Thus, since counsel for the defendant will not have sufficient to receive and review

STIPULATION AND PROPOSED ORDER
CR 04-372 VRW

1  discovery prior to the parties scheduled appearance on November 2, 2005, both parties are
2  requesting that the matter be continued so that defense counsel has enough time to review it and
3  discuss the matter with his client.  Thus, both parties are requesting that the matter be continued
4  until November 30, 2005.

5      5. The parties move that the time period from November 2, 2005 through November 30,
6  2005, be excluded from the calculation of time under the Speedy Trial Act due to effective
7  preparation of counsel.

8      6. In light of the foregoing facts, the failure to grant the requested exclusion
9  would unreasonably deny counsel for the defense the reasonable time necessary for effective
10 preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A),
11 (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
12 These ends outweigh the best interest of the public and the defendant in a speedy trial.  See id. §
13 3161(h)(8)(A).

14     7.  For the reasons stated, the time period from November 2, 2005 through November 30,
15 2005, shall be excluded from the calculation of time under the Speedy Trial Act.

16     SO STIPULATED.

17 DATED: 11/01/05                                      Respectfully Submitted,

20                                      /s/_____
                                       SUSAN R. JERICH
                                       Assistant United States Attorney

21 DATED: 11/01/05

23                                      /s/_____
                                       RONALD TYLER
                                       Counsel for Defendant

25 PURSUANT TO STIPULATION, IT IS SO ORDERED.

26 DATED:  11/1/05
27                                      _____
                                       HON. PHYLLIS J. HAMILTON
                                       Judge, United States District Court

                        LAST CONTINUANCE

STIPULATION AND PROPOSED ORDER
CR 05-00547 PJH                            2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Parties' Stipulation and Proposed Order in the case of <u>United States v. Duke Deshawn Woods</u> No. CR 05-00547 PJH, was served today as follows:

<u>Hand Delivery</u>
Ronald Tyler, Esq.
Federal Public Defender's Office

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 1, 2005 at San Francisco, California.

_____/s/_____
Rawaty Yim
United States Attorney's Office