CHAMBER'S COPY

E-FILING

1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   JOSH COHEN
3  Assistant Federal Public Defender
   19th Floor Federal Building
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  (415) 436-7700

6  Counsel for Defendant WOODS

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. CR 05-0547 PJH (BZ)
                                      )
12 |        Plaintiff,                )   STIPULATION AND [PROPOSED]
                                      )   ORDER PERMITTING DEFENDANT TO
13 |    v.                            )   TRAVEL TO EASTERN DISTRICT OF
                                      )   CALIFORNIA
14 | DUKE DESHAWN WOODS,              )
                                      )
15 |        Defendant.                )
   |_____    )

16

17     Defendant Duke Deshawn Woods is presently free on a pretrial release bond under

18 conditions set by this Court. Under the terms of the bond, his travel is restricted to the Northern

19 District of California.

20     Mr. Woods and his wife and children wish to travel to Angels Camp, California for three

21 days in the snow in January. Because Angels Camp, which is near Stockton, is in the Eastern

22 District of California, traveling there without the Court's permission could constitute a violation

23 of his release conditions.

24     The government does not oppose Mr. Woods's brief trip to the Eastern District.

25 Accordingly, the parties agree and stipulate that Mr. Woods shall be allowed to travel to the

26 Eastern District of California between January 13, 2006 and January 16, 2006. All other

CR 05-0547 PJH; STIP & ORDER RE: TRAVEL
TO E.D. CAL.                                    1

conditions of Mr. Woods's release shall remain in effect.

IT IS SO STIPULATED.

Dated: 1/11/06

BARRY J. PORTMAN
Federal Public Defender

JOSH COHEN
Assistant Federal Public Defender

KEVIN V. RYAN
United States Attorney

Dated: 1/11/06

SUSAN JERICH
Assistant United States Attorney

## ORDER

Accordingly, the Court orders that Mr. Woods shall be permitted to travel to the Eastern District of California between January 13, 2006 and January 16, 2006.

IT IS SO ORDERED.

Dated: 12 Jan 06

BERNARD ZIMMERMAN
UNITED STATES DISTRICT JUDGE

## Other Documents
3:05-cr-00547-PJH USA v. Woods

### U.S. District Court
### Northern District of California
### Notice of Electronic Filing or Other Case Activity

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting "I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink..." on the ECF home page at

The following transaction was received from Tyler, Ronald on 1/11/2006 at 3:15 PM PST

**Case Name:**       USA v. Woods
**Case Number:**     3:05-cr-547
**Filer:**           Dft No. 1 - Duke Deshawn Woods
**Document Number:** 16

**Docket Text:**
Proposed Order by Duke Deshawn Woods *STIPULATON AND PROPOSED ORDER PERMITTING DEFENDANT TO TRAVEL TO EASTERN DISTRICT OF CALIFORNIA* (Tyler, Ronald) (Filed on 1/11/2006)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Q:\Woods Duke stip to travel.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/11/2006] [FileNumber=2341169-0]

[32c506b4e5e20b50101ec7b14ca8215ec9af8d5345ff610b2015819916a805dc02302
7ad16f89f3d4072d19be951cb096cb43706b915e9751c17957a4d6f9da0]]

**3:05-cr-547-1 Notice will be electronically mailed to:**

Susan R. Jerich    susan.jerich@usdoj.gov, rawaty.yim@usdoj.gov