KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7158
    Facsimile: (415) 436-7234
    Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05 00547 PJH |
| ) | |
|     Plaintiff, ) | PARTIES' STIPULATION AND |
| ) | ~~PROPOSED~~ ORDER EXCLUDING |
|     v. ) | TIME UNDER SPEEDY TRIAL ACT |
| ) | |
| DUKE DESHAWN WOODS, ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties last appeared before this Court on January 11, 2006, for case status. At that time, the Court agreed to continue the matter until February 1, 2006 for change of plea or trial setting.

    2. On January 11, 2006, the defendant requested an exclusion of time based upon effective preparation of counsel. The request was granted by the Court.

    3. The parties move that the time period from January 11, 2006 through February 1, 2006, be excluded from the calculation of time under the Speedy Trial Act due to effective preparation of counsel.

    4. In light of the foregoing facts, the failure to grant the requested exclusion

STIPULATION AND PROPOSED ORDER
CR 04-372 VRW

1  would unreasonably deny counsel for the defense the reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),
3  (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
4  These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
5  3161(h)(8)(A).
6     5. For the reasons stated, the time period from November 2, 2005 through November 30,
7  2005, shall be excluded from the calculation of time under the Speedy Trial Act.
8     SO STIPULATED.
9  DATED: 1/23/06                                    Respectfully Submitted,

12                                    /s/_____
                                      SUSAN R. JERICH
                                      Assistant United States Attorney
13 DATED: 1/23/06

15                                    /s/_____
                                      RONALD TYLER
                                      Counsel for Defendant

17 PURSUANT TO STIPULATION, IT IS SO ORDERED.

19 DATED: 1/25/06
                                      _____
                                      HON. PHYLLIS J. HAMILTON
                                      Judge, United States District Court

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

STIPULATION AND PROPOSED ORDER
CR 05-00547 PJH                                       2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Parties' Stipulation and Proposed Order in the case of <u>United States v. Duke Deshawn Woods</u> No. CR 05-00547 PJH, was served today as follows:

<u>Hand Delivery</u>
Ronald Tyler, Esq.
Federal Public Defender's Office

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2006 at San Francisco, California.

                           /s/
                Rawaty Yim
                United States Attorney's Office