IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>DUKE DESHAWN WOODS ,<br><br>Defendant. | No. CR 05-0547 BZ<br><br>STIPULATION AND ORDER MODIFYING DEFENDANT'S PRETRIAL RELEASE |

**STIPULATION**

The parties stipulate that defendant's pretrial release conditions are modified as follows: With prior approval of Pretrial Services, the defendant is permitted to travel to the Eastern District of California. Pretrial Officer Paul Mamaril has no objection to this modification.

**IT IS SO STIPULATED.**

DATED: April 27, 2006          _____/s/_____
                               RONALD TYLER
                               Assistant Federal Public Defender
                               Counsel for Duke DeshawnWoods


DATED: April 28, 2006          _____/s/_____
                               SUSAN JERICH
                               Assistant United States Attorney

- 1 -

USA v. Duke Deshawn Woods - CR 05-0547 BZ

**ORDER**

IT IS SO ORDERED.

DATED:   April 28, 2006

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" with signature of Judge Bernard Zimmerman]*

- 2 -