1
2
3
4
5
6
7            IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,                    )
10                                               )    No. CR 05-0547 BZ
                            Plaintiff,         )
11                                               )
     vs.                                         )    STIPULATION AND ORDER
12                                               )    MODIFYING DEFENDANT'S
     DUKE DESHAWN WOODS,                         )    PRETRIAL RELEASE
13                                               )
     Defendant.                                  )
14   _____)

15                              **STIPULATION**

16        The parties stipulate that defendant's pretrial release conditions are modified as follows:

17   With prior approval of Pretrial Services, the defendant is permitted to travel to the Central District of

18   California from September 28, 2006 and return October 1, 2006. Pretrial Officer Paul Mamaril has

19   no objection to this modification.

20   **IT IS SO STIPULATED.**

21
     DATED: September 21, 2006            _____/S/_____
22                                        RONALD TYLER
                                          Assistant Federal Public Defender
23                                        Counsel for Duke DeshawnWoods

24
     DATED: September 25, 2006            _____/S/_____
25                                        SUSAN JERICH
                                          Assistant United States Attorney
26

                                         - 1 -

1

2    **ORDER**

3    IT IS SO ORDERED.

4

5    DATED: 5-22-06

6                        BERNARD ZIMMERMAN
                         UNITED STATES MAGISTRATE JUDGE
7
                              JAMES LARSON
8                       U.S. CHIEF MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

- 2 -